WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4,<br><br>Plaintiff,<br><br>vs.<br><br>7095 BURCOT A78 TRUST; THE SUNRISE MOUNTAIN TOWNHOMES HOMEOWNERS ASSOCIATION, INC.<br><br>Defendants. | Case No.: 2:18-cv-00014-APG-PAL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE AND FOR SERVICE BY PUBLICATION ON DEFENDANT, 7095 BURCOT A78 TRUST** |

WHEREAS, upon consideration of the Ex Parte Motion for Extension of Time to Serve and for Service by Publication on Defendant, 7095 Burcot A78 Trust ("Defendant"), in which U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4 (hereinafter "Plaintiff"), showed it has been unable to personally serve Defendant with its Summons and Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the time within which Plaintiff has to serve Defendant with the Summons and Complaint is extended ninety (90) days to and includes the 2nd day of July, 2018.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Summons and Complaint in this action shall be served upon Defendant by publication thereof in NEVADA LEGAL NEWS and that said publication shall be made at least once a week for a period of four (4) weeks. |
| 5 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that copies of the Summons and Complaint in this action be deposited in a United States Post Office within the City of Las Vegas, County of Clark, State of Nevada and mailed via regular mail and certified mail, return receipt request in a sealed, postage prepaid envelope addressed to Defendant at the three addresses Plaintiff located for Defendant: 7095 Burcot Ave #A78, Las Vegas, NV 89156, 3455 Erva St. #202, Las Vegas, NV 89117, and 5830 Tuscan Hill Court, Las Vegas, NV 89141. |
| 11 | IT IS SO ORDERED. |
| 13 | DATED this 6th day of April, 2018. |

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Krista J. Nielson*
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4*