WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Krista J. Nielson, Esq.
Nevada Bar No. 10698
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cmiller@wrightlegal.net
knielson@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR4,<br><br>Plaintiff,<br><br>vs.<br><br>7095 BURCOT A78 TRUST; THE SUNRISE MOUNTAIN TOWNHOMES HOMEOWNERS ASSOCIATION, INC.<br><br>Defendants. | Case No.: 2:18-cv-00014-APG-PAL<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4, has settled its disputes with Defendant, 7095 Burcot A78 Trust. The Parties anticipate that the execution and performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice.

///

///

///

The parties request that all pending deadlines and filing requirements be vacated and that the Court set a deadline for filing a status report 60 days from entry of this notice.

DATED this 5th day of June, 2018.

                          WRIGHT, FINLAY & ZAK, LLP

                          Christina V. Miller, Esq.
                          Nevada Bar No. 12448
                          Krista J. Nielson, Esq.
                          Nevada Bar No. 10698
                          7785 W. Sahara Ave., Suite 200
                          Las Vegas, NV 89117
                          *Attorneys for Plaintiff, U.S. Bank National Association, as trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR4*

**IT IS ORDERED** that the settling parties shall have until <u>August 6, 2018</u>, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: June 6, 2018

                          Peggy A. Leen
                          United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 5th day of June, 2018, a true and correct copy of the **NOTICE OF SETTLEMENT** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case as follows:

Edgar C Smith     esmith@wrightlegal.net, blopipero@wrightlegal.net, NVefile@wrightlegal.net

Krista Nielson     knielson@wrightlegal.net, jcraig@wrightlegal.net, NVefile@wrightlegal.net

Patrick James Davis     pdavis@wrightlegal.net, npetty@wrightlegal.net, NVefile@wrightlegal.net

Steven T. Loizzi , Jr     eserve@nrs116.com, jona@nrs116.com, steve@nrs116.com

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP