UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br>v.<br>7095 BURCOT A78 TRUST, et al.,<br><br>Defendants. | Case No. 2:18-cv-00014-APG-PAL<br><br>ORDER |

This matter is before the court on the plaintiff and defendant 7095 Burcot A78 Trust's failure to file a stipulation to dismiss. The complaint in this case was filed January 3, 2018.

On June 5, 2018, plaintiff and defendant 7095 Burcot A78 Trust ("the parties") filed a Notice of Settlement (ECF No. 19) stating that the parties had settled and that 60 days would be needed to finalize the terms of the settlement agreement.

On June 6, 2018, the court entered an Order (ECF No. 20) giving the parties until August 6, 2018 to either file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss would be received.

On August 6, 2018, the parties filed a Joint Status Report stating that they "are working to complete a settlement agreement" before filing a stipulation to dismiss. Another 30 days have passed without the filing a stipulation for dismissal. Accordingly,

**IT IS ORDERED** that the parties shall have until **September 21, 2018** to either file a stipulation to dismiss, or a proposed discovery plan and scheduling order in this matter. **No further extensions will be allowed.**

DATED this 12th day of September, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE